UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MENDEZ SALAZAR,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>JAMES A. YATES,<br><br>　　　　Respondent.<br>_____/ | 1:06-cv-01777 OWW TAG (HC)<br><br>ORDER GRANTING REQUEST<br>TO MODIFY BRIEFING SCHEDULE<br><br>(Doc. 13) |

　　　　On March 3, 2008, Respondent filed a request to modify the briefing schedule to extend Respondent's time to file an answer to the instant petition for writ of habeas corpus. (Doc. 13). The Court has considered Respondent's request, finds that good cause exists to grant it, and makes the following order:

　　　　1. Respondent's request to modify the briefing schedule is GRANTED;

　　　　2. Respondent shall have to and including March 24, 2008, to file an answer to the petition; and

　　　　3. This order is made nunc pro tunc to March 3, 2008.

IT IS SO ORDERED.

Dated:　**March 14, 2008**　　　　　　　　　　　　　/s/ Theresa A. Goldner
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE