IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MENDEZ SALAZAR,<br><br>            Petitioner,<br><br>    vs.<br><br>JAMES A. YATES, Warden,<br><br>            Respondent.<br>_____/ | 1:06-cv-01777-OWW-TAG (HC)<br><br>ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Doc. 20)<br><br>DEADLINE TO FILE TRAVERSE: MAY 27, 2008 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 22, 2008, Petitioner filed a motion for a 60-day extension time to file a traverse. (Doc. 20).

Good cause having been presented to the Court and good cause appearing therefore, Petitioner's motion is GRANTED in part and DENIED in part, as follows:

1. Petitioner's request for an extension of time to file a traverse is granted, but only until May 27, 2008.

IT IS SO ORDERED.

Dated:  **May 13, 2008**                            **/s/ Theresa A. Goldner**
                                                            UNITED STATES MAGISTRATE JUDGE