# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MENDEZ SALAZAR,<br><br>                              Petitioner,<br><br>       vs.<br><br>JAMES A. YATES,<br><br>                              Respondent. | Civil No.        1:06cv1777 IEG (JMA)<br><br>**ORDER DIRECTING RESPONDENT TO LODGE TRANSCRIPTS** |

The Court finds it is necessary to view the trial court proceedings to resolve the merits of Petitioner's claims on habeas review.  Accordingly, the Court **ORDERS** Respondent to lodge the trial and sentencing transcripts in this case **within 60 days of the receipt of this order**.

**IT IS SO ORDERED.**

**DATED: July 15, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**